MAGISTRATE JUDGE
~~~~ ~~~~ ROXI BROWN       JUDGE NORGLE       J.N       FILED Felony

09CR    230

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

MAR 1 2 2009
3-12-09       CAT III
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?

   NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?       NO ☒ YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

   NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?       NO ☒ YES ☐

6) What level of offense is this indictment or information?       **FELONY** ☒ **MISDEMEANOR** ☐

7) **Does this indictment or information involve eight or more defendants?**       NO ☒ YES ☐

8) Does this indictment or information include a conspiracy count?       NO ☒ YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .............. (II) | ☐ Income Tax Fraud ........... (II) | ☐ DAPCA Controlled Substances .... (III) |
   | ☐ Criminal Antitrust (II) | ☐ Postal Fraud ........... (II) | ☐ Miscellaneous General Offenses .... (IV) |
   | ☐ Bank robbery ........... (II) | | ☐ Immigration Laws .............. (IV) |
   | ☐ Post Office Robbery ...... (II) | ☒ Other Fraud ........... (III) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
   | ☐ Other Robbery ......... (II) | ☐ Auto Theft ........... (IV) | ☐ Food & Drug Laws .............. (IV) |
   | ☐ Assault ............... (III) | ☐ Transporting Forged Securities .. (III) | ☐ Motor Carrier Act .............. (IV) |
   | ☐ Burglary .............. (IV) | ☐ Forgery ........... (III) | ☐ Selective Service Act ............ (IV) |
   | ☐ Larceny and Theft ....... (IV) | ☐ Counterfeiting ........... (III) | ☐ Obscene Mail ........... (III) |
   | ☐ Postal Embezzlement ...... (IV) | ☐ Sex Offenses ........... (II) | ☐ Other Federal Statutes .......... (III) |
   | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Marijuana ........... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |
   | | ☐ DAPCA Narcotics ........... (III) | |

10) List the statute of each of the offenses charged in the indictment or information.

    18, USC, § 1343

    _____
    Tyler C. Murray       312-353-7846
    Assistant United States Attorney

(Revised 12/99)