Order Form (01/2005)

09CR 230

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE NORGLE | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 06 GJ 0224 | **DATE** | MARCH 12, 2009 |
| **CASE TITLE** | U. S. v. MARWAN ATIEH AND RUWAIDA DABBOUSEH | | MAGISTRATE JUDGE GERALDINE SOAT BROWN |

UNDER SEAL

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for SPECIAL JANUARY 2009 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

TO ISSUE BENCH WARRANTS AND SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO ALL DEFENDANTS. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANTS, OR UNTIL FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS.

RECEIVED

MAR 12 2009
3-12-09
MICHAEL W. DOBBINS
CLERK, U.S DISTRICT COURT

_Maria Valdez_

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                 UNDER SEAL)

| | Courtroom Deputy Initials: | |
|---|---|---|