## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 230 - 1&2 | **DATE** | 3/25/2009 |
| **CASE TITLE** | Untied States of America vs. Marwan Atieh and Ruwaida Dabbouseh | | |

**DOCKET ENTRY TEXT**

The order which required this case to be suppressed is vacated. Arraignment held. Defendants enter a plea of not guilty as to all counts. 16.1 conference to be held within 21 days. Pretrial motions are due 4/29/2009. Government is given 14 days to respond to any motions and the defendants are given 7 days to file any reply. Status hearing is set for 4/29/2009 at 10:00 a.m. Defendants' presence is waived. In the interest of justice, time is excluded until 4/29/2009. (X-T)

*Docketing to mail notices.*

00:20

| | Courtroom Deputy Initials: | EF |
|---|---|---|